UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD J VALE,

   Plaintiff,

v.                                                            Case No. 6:06-cv-616-Orl-22KRS

INTERNAL REVENUE SERVICE,

   Defendant.
_____/

**ORDER REQUIRING PLAINTIFF**
**TO SUBMIT PROPER COMPUTER PRINTOUT**

Plaintiff in this action seeks to proceed without the payment of filing fees and costs. Pursuant to Rule 4.07(a), Rules of the United States District Court for the Middle District of Florida, "the party seeking leave to proceed *in forma pauperis* shall pay a stated portion of the Clerk's and/or Marshal's fees within a prescribed time, failing which the action may be dismissed without prejudice." Moreover, 28 U.S.C. §1915(b) provides, in pertinent part, as follows:

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee.[1] The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial filing fee of 20 percent of the greater of --
>
> (A) the average monthly deposits to the prisoner's account; or
>
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
>
> (2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward

---

[1] The filing fee for a civil case is **$250.00**.

payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

Plaintiff's computer printout, filed on May 8, 2006, does not contain all the transactions in his prisoner account for the six (6) months preceding the filing of his petition. If there have not been any transactions in the prison account during this period, an authorized officer must state the following: "There have not been any deposits or withdrawals in this prisoner's account for the period from _____ to _____." (Fill in the blanks). Further, if Plaintiff did not have a prison account for this period of time, an authorized officer must inform the Court. Plaintiff must submit a certified copy of his prison account statement containing all the transactions in his prisoner account for the period from November 8, 2005, through May 8, 2006 (the six (6) months preceding the filing of the petition). The failure to do so within **TWENTY (20) DAYS** from the date of this Order will result in the dismissal of this action without further notice.[2]

Plaintiff is advised that after payment of the initial partial filing fee, he will be required to make monthly payments of 20% of the preceding month's income credited to his account. The agency having custody of the prisoner will be required to forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10.00, until the filing fees are paid. In no event will the filing fee collected exceed the amount of fees permitted by statute for the commencement of the civil action or appeal. In no event will the prisoner be prohibited from

---

[2]Plaintiff is also advised that under section 1915(g) a prisoner seeking to proceed in forma pauperis is not permitted to bring a civil action or appeal a judgment in a civil action "if the prisoner has, on **3** or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." (Emphasis added).

bringing the civil action or appeal for the reason that he has no assets and no means by which to pay the initial partial filing fee.

**DONE AND ORDERED** at Orlando, Florida, this 26th day of June, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 6/26
Edward J. Vale