# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWARD J. VALE,**

              **Plaintiff,**

**-vs-**                                                                                                    **Case No.  6:06-cv-616-Orl-22KRS**

**INTERNAL REVENUE SERVICE,**
**"MARK EVERSON COMMISSIONER,",**

              **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AFFIDAVIT OF INDIGENCY**
>
> **FILED:**       **May 8, 2006**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

      Plaintiff Edward J. Vale filed an affidavit of indigency, which I construe as a motion to proceed without prepayment of filing fees. Vale indicates in the affidavit that he is incarcerated. Doc. No. 3 at 4.

      Vale filed his complaint on May 8, 2006. The prison account statement submitted with his petition included records of deposits only between October 1, 2005 and March 31, 2006. Because the record did not provide deposits for the six months preceding the filing of his complaint, I entered an

order on June 26, 2006, giving Vale twenty days to file a complete account statement as required by 28 U.S.C. § 1915(b).

I subsequently granted Vale an enlargement of time through September 29, 2006, to file the necessary account statement or pay the filing fee. He submitted a second account statement, but again it did not contain the deposits for the necessary six-month period, which is November 8, 2005 through May 8, 2005. Accordingly, on September 8, 2006, I entered another order giving Vale an additional twenty days to either pay the full filing fee of $350.00 or submit the complete prison account records.

On September 11, 2006, Vale paid $50.00 toward the filing fee. I reminded him in an order dated September 13, 2006, that he was still required to pay the remainder of the filing fee or file the prison account statement.

On September 28, 2006, Vale asked for an additional thirty days to submit an account statement so that he could file an internal grievance regarding the failure to produce the correct document. I denied this motion, finding that Vale had had adequate time to either file the correct document or pay the remainder of the filing fee.

Vale has been warned in each order I entered that failure to comply with the requirements of the order would result in dismissal of his case without further notice. Having given Vale more than five months to comply, I find that he has had adequate notice of his obligations and sufficient time to respond. Vale having failed to comply with the Court's orders, I respectfully recommend that his

motion to proceed without prepayment of filing fee, doc. no. 3, be **DENIED** and that the case be **DISMISSED** without prejudice.

The Clerk of Court is directed to mail a copy of this Report and Recommendation to Edward J. Vale at his address of record.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 4, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy