**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWARD J. VALE,**

        **Plaintiff,**

**-vs-**                                                                **Case No. 6:06-cv-616-Orl-22KRS**

**INTERNAL REVENUE SERVICE,**
**"MARK EVERSON COMMISSIONER,",**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Affidavit of Indigency that was construed as a motion to proceed without prepayment of filing fees (Doc. No. 3) filed on May 8, 2006.

The United States Magistrate Judge has submitted a Report recommending that the motion be denied and that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, including the objection filed by the Plaintiff (Doc. No. 17), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Plaintiff filed this case May 8, 2006. He has had ample time to either submit the necessary prisoner account information or to pay the required filing fee.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 4, 2006 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order. Plaintiff's objection requesting additional time is **OVERRULED**.

   2.   The Affidavit of Indigency that was construed as a motion to proceed without prepayment of filing fees (Doc. No. 3) is **DENIED**.

   3.   This case is **DISMISSED WITHOUT PREJUDICE**.

   4.   All pending motions are denied as moot.

   5.   The Clerk is directed to **CLOSE** the file.

   **DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 6, 2006.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Edward J. Vale, *pro se*
Counsel of Record