# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWARD J. VALE,**

    **Plaintiff,**

**-vs-**      Case No. 6:06-cv-616-Orl-22KRS

**UNITED STATES OF AMERICA,**

    **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiff's [Motion] to Renew Motion for Costs and Interest on Appeal (Doc. No. 68) filed on January 12, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 4, 2009 (Doc. No. 73) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's [Motion] to Renew Motion for Costs and Interest on Appeal (Doc. No. 68) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 24, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge